AUGUST 5, 1941

No. 5382.—

*New England Foil Corp. v. United States.* Entered at New York, N. Y., Reap. Dec. 5310. Motion by plaintiff.